IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JAMES E. WHITNEY WENNERSTEIN**                                        **PLAINTIFF**

V.                         **CASE NO. 5:25-CV-5156**

**KYLE SYLVESTER (Circuit Court Clerk,
Washington County) and JUDGE MARK LINDSAY
(Circuit Court for Washington County)**                          **DEFENDANTS**

## ORDER

Currently before the Court is the Report and Recommendation ("R&R") (Doc. 8) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, filed in this case on September 15, 2025, regarding Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2). After careful review of the R&R, Plaintiff's Objections (Doc. 32), and a *de novo* review of the record, the Court finds that the Objections are **OVERRULED**; they offer neither law nor fact requiring departure from the Magistrate Judge's findings. Accordingly, the R&R is **ADOPTED IN FULL**. Plaintiff is ineligible to proceed *in forma pauperis* because he has amassed three PLRA strikes. Plaintiff offers a public policy objection to the three-strikes rule but offers no convincing legal argument as to why any of his prior strikes should not count, nor has he cited any facts that would trigger a recognized exception to the three-strikes rule.

Accordingly, **IT IS ORDERED** that the Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **DENIED**. This case should remain referred to the Magistrate Judge.

**IT IS SO ORDERED** this 10th day of November, 2025.

                                                      */s/ Timothy L. Brooks*
                                                       TIMOTHY L. BROOKS
                                                       CHIEF UNITED STATES DISTRICT JUDGE