IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES E. WHITNEY WENNERSTEIN                                                              PLAINTIFF

v.                                         Civil No. 5:25-CV-05156-TLB-CDC

KYLE SYLVESTER
(Circuit Court Clerk, Washington County);
JUDGE MARK LINDSAY
(Circuit Court for Washington County)                                                       DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), the Honorable Timothy L. Brooks, Chief United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation. Currently before the Court is Plaintiff's Motion to Appeal *in forma pauperis*. (ECF No. 20).

Plaintiff's Motion to Proceed *in forma pauperis* (IFP) in this case was denied because he had amassed three PLRA strikes prior to filing this case. (ECF No. 12). Plaintiff has now filed a Motion to Appeal this decision IFP. (ECF No. 20). In his Motion, Plaintiff offers no legal argument as to why his prior strikes should not count as strikes or cites no facts which would trigger a recognized exception to the three-strikes rule. Thus, for the same reasons enunciated in the Report and Recommendation (ECF No. 8), as well as the Order adopting the Recommendation (ECF No. 12), Plaintiff's Motion to Appeal IFP should be denied. *See* 28 U.S.C.A. § 1915(g) (West) ("In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has" amassed three PLRA strikes.

Accordingly, it is recommended that Plaintiff's renewed Motion to Appeal *in forma pauperis* (ECF No. 20) be **DENIED**.

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED** this **5th day of January 2026**.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE