IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JAMES E. WHITNEY WENNERSTEIN**                                                          **PLAINTIFF**

V.                                            **CASE NO. 5:25-CV-5156**

**KYLE SYLVESTER (Circuit Court Clerk,
Washington County); JUDGE MARK LINDSAY
(Circuit Court for Washington County)**                                                  **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 22) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Plaintiff's Application to Proceed In Forma Pauperis on appeal (Doc. 20) is **DENIED**.

**IT IS SO ORDERED** on this 26th day of January, 2026.

> */s/ Timothy L. Brooks*
> TIMOTHY L. BROOKS
> CHIEF UNITED STATES DISTRICT JUDGE